IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3048 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TONY HARLAN WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

Pretrial Services has notified the court that the defendant is scheduled to be released from state custody prior to his scheduled plea hearing on the pending federal charges. Upon review of the pretrial services report, (filing no. 7), the court finds the defendant has drug addiction problems and absent court-imposed conditions and supervision, the defendant's release will pose a risk of nonappearance and a risk of harm to the public.

Accordingly, on the court's own motion,

IT IS ORDERED:

1) The defendant shall be detained, and upon his release from state custody, shall be held in the custody of the U.S. Marshal until further order of the court. The Marshal shall apprise itself of defendant's ongoing medical issues, if any, to ensure the defendant has no lapse in proper medical care when he enters federal custody.

2) As requested by the defendant's counsel, once the defendant enters federal custody, a hearing will be held to determine whether the defendant can and should be released to participate in a residential drug treatment program. To facilitate the prompt scheduling of the defendant's pretrial release hearing, counsel for the defendant shall contact the court when the defendant is released from state custody.

December 15, 2011,   BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge