IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3048 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TONY HARLAN WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's counsel, Michael Hansen, has moved to withdraw due to a conflict. The change of plea hearing, previously scheduled to be held today, was to be continued pending appointment of new counsel. John F. Aman has agreed to represent the defendant and his name has been added to the court's docket.

Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by Michael Hansen and the Federal Public Defenders Office, (filing no. 37), is granted. Mr. Hansen shall be deleted from any future ECF notifications herein.

2) This memorandum and order shall be forwarded to the Federal Public Defender to confirm the court's request for an appointment of a CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3) John F. Aman shall promptly file an entry of appearance on behalf of the defendant.

4) The defendant's plea hearing is continued and will be held before the undersigned magistrate judge on the 15th day of February, 2012, at 10:30 a.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska. The defendant is ordered to appear at this hearing.

5) The ends of justice served by continuing the plea hearing outweigh the interests of the public and the defendant in a speedy trial, and the time between today's date

and the anticipated plea of guilty, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act for the reason that the failure to grant additional time could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 18th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge