IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3048 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| TONY HARLAN WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

A Petition was filed alleging the defendant had violated the conditions of his release on April 18, 2012. (filing no. 48). A hearing was convened and the defendant admitted the allegations in the Petition. As a sanction regarding the petition, the court committed the defendant to the custody of the United States Marshal to be detained pending the detention hearing set today.

The defendant's guilty plea was accepted by Judge Kopf on April 26, 2012, (filing no. 59).

Based on the information before the court, the undersigned magistrate judge is unable to conclude that the defendant is not likely to flee and does not pose a danger to the safety of any other person or the community if released. See 18 U.S.C. § 3143.

Accordingly,

IT IS ORDERED:

1) The defendant shall be detained pending sentencing.

2) The defendant claims his medical needs are not being fully met at the Saline County. The court makes no finding that as to whether these claims are true, but highly recommends that defendant be detained at CCA Leavenworth pending sentencing.

April 30, 2012.

BY THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge